[No. 4219–1. Division One. July 18, 1977.]

JO ANN FRAY, *Respondent,* v. JOHN A. FRAY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D–3249, Francis E. Holman, J., entered October 1, 1975. *Reversed* by unpublished per curiam opinion.

[No. 4236–1. Division One. July 18, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL A. GREGG, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 7368, Thomas G. McCrea, J., entered October 27, 1975. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Swanson and Andersen, JJ.

[No. 4253–1. Division One. July 18, 1977.]

*In the Matter of the Marriage of* MARION N. ETHERINGTON, *Appellant, and* ROBERT ETHERINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 27833, Harry A. Follman, J., entered October 10, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Andersen, JJ.